1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAVIER ALMAGUER, JR.,                      No.  2:24-cv-0954 CKD P

12                  Plaintiff,

13          v.

14   K. NIXON, et al.,                          ORDER

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by defendants

19   which took place in Kern County, a part of the Fresno Division of the United States District Court

20   for the Eastern District of California.  See Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   division of a court may, on the court's own motion, be transferred to the proper division of the

23   court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

24   1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

25   forma pauperis.

26   /////

27   /////

28   /////

                                         1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and shall be

5    filed at:

6                    United States District Court
                     Eastern District of California
7                    2500 Tulare Street
                     Fresno, CA 93721

8    Dated:  April 3, 2024

9                                                    _____
                                                     CAROLYN K. DELANEY
10                                                   UNITED STATES MAGISTRATE JUDGE

11

12   1/ks
     alma0954.22
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 2